## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY, ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 13-cv-0094 (SLR) |
| v. ) ) | |
| ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, ELEUTHERE I. DU PONT, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |
| and ) ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, ) ) ) | |
| Nominal Defendant. ) | |

### STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S VERIFIED DERIVATIVE COMPLAINT

It is hereby stipulated by Plaintiff Robert Zomolosky and Nominal Defendant E.I. du Pont de Nemours and Company, subject to the approval of the Court, that the time for all defendants to answer, move, or otherwise plead shall be extended by 45 days to and including March 25, 2013.

COOCH AND TAYLOR, P.A.                 POTTER ANDERSON & CORROON LLP

By: */s/ Blake A. Bennett*_____     By: */s/ Michael A. Pittenger*_____
    Blake A. Bennett  (ID No. 5133)          Donald J. Wolfe, Jr. (ID No. 285)
    Gregory F. Fischer (ID No. 5269)         Michael A. Pittenger (ID No. 3212)
    The Brandywine Building                  Jennifer C. Wasson (ID No. 4933)
    1000 West St., 10th Floor                Hercules Plaza, Sixth Floor
    Wilmington, DE 19899-1680                1313 North Market Street
    (302) 984-3800 – Telephone               Wilmington, Delaware 19801
                                             (302) 984-6000 - Telephone
    *Attorneys for Plaintiff*                (302) 658-1192 – Facsimile
                                             dwolfe@potteranderson.com
                                             mpittenger@potteranderson.com
                                             jwasson@potteranderson.com

OF COUNSEL:

    Edward P. Welch (I.D. No. 671)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000 - Telephone
    (302) 651-3001 - Facsimile
    edward.welch@skadden.com

    Thomas J. Nolan
    Lance A. Etcheverry
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    300 S. Grand Ave., Ste 3400
    Los Angeles, California 90071
    (213) 687-5000 - Telephone
    (213) 687-5600 - Facsimile
Dated:  February 1, 2013              thomas.nolan@skadden.com
1092683 / 39862-001                   lance.etcheverry@skadden.com

    *Attorneys for Nominal Defendant, E. I. du Pont*
    *de Nemours and Company*

    IT IS SO ORDERED, this ___ day of February, 2013.


                _____
                The Honorable Sue L. Robinson
                United States District Judge