IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, ELEUTHERE I. DU PONT, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendants.<br><br>and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No. 13-cv-0094 (SLR) |

**PLAINTIFF E. I. DU PONT DE NEMOURS AND COMPANY'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and, pursuant to Fed. R. Civ. P. 7.1, submits the following disclosure statement:

DuPont does not have any parent corporation, and no publicly held corporation owns 10% or more of the stock of DuPont.

| | |
|---|---|
| OF COUNSEL:<br><br>Edward P. Welch (I.D. No. 671)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 - Telephone<br>(302) 651-3001 - Facsimile<br>edward.welch@skadden.com<br><br>Thomas J. Nolan<br>Lance A. Etcheverry<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>300 S. Grand Ave., Ste 3400<br>Los Angeles, California 90071<br>(213) 687-5000 - Telephone<br>(213) 687-5600 - Facsimile<br>thomas.nolan@skadden.com<br>lance.etcheverry@skadden.com | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/_____<br>Donald J. Wolfe, Jr. (ID No. 285)<br>Michael A. Pittenger (ID No. 3212)<br>Jennifer C. Wasson (ID No. 4933)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000 - Telephone<br>(302) 658-1192 – Facsimile<br>dwolfe@potteranderson.com<br>mpittenger@potteranderson.com<br>jwasson@potteranderson.com<br><br>*Attorneys for Nominal Defendant, E. I. du Pont de Nemours and Company* |

Dated: February 1, 2013
1092687 / 39862-001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Jennifer C. Wasson, hereby certify that on February 1, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

>Blake A. Bennett
>Cooch and Taylor, P.A.
>The Brandywine Building – 10th Floor
>1000 West Street
>Wilmington, DE 19801

>/s/ Jennifer C. Wasson
>Jennifer C. Wasson (No. 4933)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6000
>jwasson@potteranderson.com
>
>*Attorneys for Nominal Defendant*