# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, ELEUTHERE I. DU PONT, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON, <br><br> Defendants. <br><br> and <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Nominal Defendant. | C.A. No. 13-cv-0094 (SLR) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Edward P. Welch and Edward B. Micheletti as counsel on behalf of Nominal Defendant E.I. du Pont de Nemours and Company in the above captioned action.

2

                                  */s/ Edward P. Welch*
                                  Edward P. Welch (ID No. 671)
                                  Edward B. Micheletti (ID No. 3794)
                                  SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                  One Rodney Square
                                  P.O. Box 636
                                  Wilmington, Delaware 19899-0636
                                  Tel.: (302) 651-3000
                                  Fax: (302) 651-3001
                                  Edward.Welch@skadden.com
                                  Edward.Micheletti@skadden.com

                                  *Attorneys for Nominal Defendant*
                                  *E.I. du Pont de Nemours and Company*

DATED: February 4, 2013

2