IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, ELEUTHERE I. DU PONT, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendants.<br><br>and<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No. 13-cv-0094 (SLR) |

**MOTION AND ORDER
<u>FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Thomas J. Nolan** to represent Nominal Defendant E.I. du Pont de Nemours and Company in this matter.

Signed: */s/ Edward P. Welch*

Edward P. Welch (ID No. 671)
SKADDEN, ARPS, SLATE,
  MEAGHER &FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel:  (302) 651-3000
Fax:  (302) 651-3001
Edward.Welch@skadden.com

Attorney for:  E.I. du Pont de Nemours and Company

Date:  February 4, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____          _____
                                  The Honorable Sue L. Robinson
                                  United States District Judge

## CERTIFICATION BY THOMAS J. NOLAN TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____/s/ Thomas J. Nolan_____

Date: _____Feb 4, 2013_____

Thomas J. Nolan (CA Bar No. 66992)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel.: (213) 687-5000
Fax: (213) 687-5600
Thomas.Nolan@skadden.com