**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendants.<br><br>and<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. 1:13-cv-00094-SLR |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Abrams & Bayliss LLP hereby enters its appearance in the above-captioned action on behalf of defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, Lee M. Thomas, Lamberto Andreotti, William K. Reilly, Samuel W. Bodman and John T. Dillon. This Entry of Appearance is made without prejudice to any motion, objection, argument or defense of the aforementioned.

{A&B-00243956}

Of Counsel:

David E. Kendall
Douglas R. Marvin
Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
dkendall@wc.com
dmarvin@wc.com
areyes@wc.com

*Attorneys for Defendants Lois D. Juliber,
Curtis J. Crawford, Richard H. Brown,
Marillyn A. Hewson, Robert A. Brown,
Bertrand P. Collomb, Alexander M. Cutler,
Lee M. Thomas and Lamberto Andreotti*


Charles Bachman
Edward N. Moss
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
(212) 326-2000
cbachman@omm.com
emoss@omm.com

*Attorneys for Defendants William K. Reilly,
Samuel W. Bodman and John T. Dillon*


Dated: March 29, 2013

Kevin G. Abrams (#2375)
Steven C. Hough (#5834)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
(302) 778-1000
abrams@abramsbayliss.com

*Attorneys for Defendants Lois D. Juliber, Curtis
J. Crawford, Richard H. Brown, Marillyn A.
Hewson, Robert A. Brown, Bertrand P.
Collumb, Alexander M. Cutler, Lee M. Thomas,
Lamberto Andreotti, William K. Reilly, Samuel
W. Bodman and John T. Dillon*