IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN, AND JOHN T. DILLON,<br><br>Defendants.<br><br>and<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No. 1:13-cv 00094-SLR |

**STIPULATED EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S VERIFIED AMENDED DERIVATIVE COMPLAINT**

IT IS HEREBY STIPULATED by Plaintiff Robert Zomolosky and all Defendants, subject to the approval of the Court, that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Verified Amended Derivative Complaint, filed March 18, 2013, shall be extended 32 days to and including Friday, May 3, 2013.

| COOCH & TAYLOR, P.A. | POTTER ANDERSON CORROON LLP |
|---|---|
| /s/ Blake A. Bennett | /s/ Michael A. Pittenger |
| Blake A. Bennett (ID No. 5133)<br>Gregory F. Fischer (ID No. 5269)<br>The Brandywine Building<br>1000 West St., 10th Floor<br>Wilmington, DE 19899-1680<br>Tel: (302) 984-3800 | Donald J. Wolfe, Jr. (ID No. 285)<br>Michael A. Pittenger (ID No. 3212)<br>Jennifer C. Wasson (ID No. 4933)<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>dwolfe@potteranderson.com<br>mpittenger@potteranderson.com<br>jwasson@potteranderson.com |
| **ABBEY SPANIER, LLP**<br>Nancy Kaboolian<br>Richard B. Margolies<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700 | |
| **LAW OFFICES BERNARD M. GROSS**<br>Deborah R. Gross<br>Susan R. Gross<br>Suite 450, Wanamaker Building<br>100 Penn Square East<br>Philadelphia, PA 19107<br>Tel: (215) 561-3600 | **SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP**<br>Thomas J. Nolan (admitted *pro hac vice*)<br>Lance A. Etcheverry (admitted *pro hac vice*)<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Tel: (213) 687-5000<br>Fax: (213) 687-5600<br>thomas.nolan@skadden.com<br>lance.etcheverry@skadden.com |
| **PASKOWITZ LAW FIRM, P.C.**<br>Laurence D. Paskowitz<br>208 East 51st Street, Suite 380<br>New York, New York 10022<br>Tel: (212) 685-0969 | Edward P. Welch (ID No. 671)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Tel: (302) 651-3000<br>Fax: (302) 651-3001<br>edward.welch@skadden.com |
| *Attorneys for Plaintiff* | *Attorneys for Nominal Defendant* |

2

**MORRIS JAMES**

*/s/ Lewis H. Lazarus*

Lewis H. Lazarus (ID No. 2374)
Joseph R. Slights, III (Bar I.D. No. 2559)
Thomas E. Hanson, Jr. (Bar I.D. No. 4102)
Corinne Elise Amato (Bar I.D. No. 4982)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Tel: (302) 888-6970
Fax: (302) 571-1750
llazarus@morrisjames.com
jslights@morrisjames.com
thanson@morrisjames.com
camato@morrisjames.com

*Attorneys for Defendants Ellen Kullman and Thomas L. Sager*

OF COUNSEL:

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
Worldwide Plaza
825 Eighth Ave.
New York, New York 10019
Tel: (212) 474-1243
Fax: (212) 474-3700
echesler@cravath.com

*Attorneys for Defendants Ellen Kullman and Thomas L. Sager*

**ABRAMS & BAYLISS LLP**

*/s/ Kevin G. Abrams*

Kevin G. Abrams (ID No. 2375)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Tel: (302) 778-1000
Fax: (302) 778-1001
abrams@abramsbayliss.com

*Attorneys for Defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collumb, Alexander M. Cutler, Lee M. Thomas, Lamberto Andreotti, William K. Reilly, Samuel W. Bodman, and John T. Dillon*

OF COUNSEL:

**WILLIAMS & CONNOLLY LLP**
David E. Kendall
Douglas R. Marvin
Ana C. Reyes
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com
dmarvin@wc.com
areyes@wc.com

*Attorneys for Defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collumb, Alexander M. Cutler, Lee M. Thomas, and Lamberto Andreotti*

**O'MELVENY & MYERS LLP**
Charles Bachman
Edward N. Moss
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212)326-2000
Fax: (212) 326-2061
cbachman@omm.com
emoss@omm.com

*Attorneys for Defendants William K. Reilly,
Samuel W. Bodman, and John T. Dillon*

DATED: March 29, 2013
1100334/39862-001

    IT IS SO ORDERED, this ___ day of _____, 2013.

                                                 The Honorable Sue L. Robinson
                                                 United States District Judge