IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E. I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN, AND JOHN T. DILLON, <br><br> Defendants, <br><br> and <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, <br><br> Nominal Defendant. | C.A. No. 1:13-cv 00094-SLR |

### CERTIFICATE OF SERVICE

I, Corinne Elise Amato, hereby certify that on this 1st day of April, 2013, copies of: (1) Motion for *Pro Hac Vice* Appearance of Evan R. Chesler; (2) Certification by Counsel to be Admitted *Pro Hac Vice*; and (3) this Certificate of Service were served upon the following counsel as indicated:

Via E-Mail

Kevin G. Abrams
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Abrams@AbramsBayliss.com*

            */s/ Corinne Elise Amato*
            Corinne Elise Amato (Bar ID #4982)