IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I DU PONT DE NEMOURS AND COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>    Defendant.<br><br>and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>    Nominal Defendant. | C.A. No: 13-cv-00094-SLR<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF NANCY KABOOLIAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Nancy Kaboolian of Abbey Spanier, LLP, 212 East 39th Street, New York, NY 10016 to represent plaintiff Robert Zomolosky in this matter.

Date: April 2, 2013

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
_____

Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile: 302-984-3939
bbennett@coochtaylor.com

*Counsel for Plaintiff Robert Zomolosky*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 1, 2013

Signed: *Nancy Kabookian*
Nancy Kabookian

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendant.<br><br>and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No: 13-cv-00094-SLR<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* of Nancy Kaboolian is granted.

DATE: _____          _____
                                  HONORABLE SUE L. ROBINSON
                                  UNITED STATES DISTRICT JUDGE