IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendant.<br><br>and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No: 13-cv-00094-SLR<br><br>**DEMAND FOR JURY TRIAL** |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF DEBORAH R. GROSS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Deborah R. Gross of the Law Office of Bernard M. Gross, P.C., The Wanamaker Building, 100 Penn Square East, Suite 450, Philadelphia, PA 19107 to represent plaintiff Robert Zomolosky in this matter.

Date: April 2, 2013

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
_____
Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile: 302-984-3939
bbennett@coochtaylor.com

*Counsel for Plaintiff Robert Zomolosky*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 4-1-2013

Law Offices Bernard M. Gross, P.C.
The Wanamaker Building
100 Penn Square East, Suite 450
Philadelphia, PA 19107
Telephone: (215) 561-3600

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I DU PONT DE NEMOURS AND COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>  Defendant.<br><br>and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>  Nominal Defendant. | C.A. No: 13-cv-00094-SLR<br><br>DEMAND FOR JURY TRIAL |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* of Deborah R. Gross is granted.

DATE: _____            _____
                                 HONORABLE SUE L. ROBINSON
                                 UNITED STATES DISTRICT JUDGE