## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No: 13-cv-00094-SLR |
| ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON, | ) ) ) ) ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) ) | |
| and | ) ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I, Blake A. Bennett, Esquire, caused on the 3rd day of April, 2013 a copy of *(1) Motion for Admission Pro Hac Vice of Deborah R. Gross, Esquire; (2) Certification of Counsel to be Admitted Pro Hac Vice; (3) Proposed Order for Motion for Admission Pro Hac Vice of Deborah R. Gross, Esquire* and *(4) Certificate of Service* be served on the below-listed counsel via electronic mail:

Kevin G. Abrams, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington,  DE  19807
abrams@abramsbayliss.com

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile: 302-984-3939
bbennett@coochtaylor.com

*Counsel for Plaintiff Robert Zomolosky*

DATED:  April 3, 2013