IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>Defendants.<br><br>and<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Nominal Defendant. | C.A. No. 1:13-cv-00094-SLR |

## FORMER OUTSIDE DIRECTOR DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD N. MOSS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendants William K. Reilly, Samuel W. Bodman, and John T. Dillon in the above matter: Edward N. Moss, Esq., of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Edward N. Moss, certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the State of New York; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Edward N. Moss
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
(212) 326-2000
emoss@omm.com

Dated: April 16, 2013

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this _____ day of April, 2013, that the Former Outside Director Defendants' Motion for Admission *Pro Hac Vice* of Edward N. Moss is granted.

_____<br>United States District Judge

Of Counsel:

Charles E. Bachman
Edward N. Moss
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
cbachman@omm.com
emoss@omm.com

*Attorneys for Defendants William K. Reilly, Samuel W. Bodman, and John T. Dillon*

Dated: April 18, 2013

/s/ Kevin G. Abrams

Kevin G. Abrams (#2375)
Steven C. Hough (#5834)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
abrams@abramsbayliss.com
hough@abramsbayliss.com

*Attorneys for Defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collumb, Alexander M. Cutler, Lee M. Thomas, Lamberto Andreotti, William K. Reilly, Samuel W. Bodman, and John T. Dillon*