IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, LEE M. THOMAS, LAMBERTO ANDREOTTI, THOMAS L. SAGER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON, )<br><br>Defendants. )<br><br>and )<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, )<br><br>Nominal Defendant. ) | C.A. No. 1:13-cv-00094-SLR |

**CURRENT OUTSIDE DIRECTOR DEFENDANTS'
MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID
E. KENDALL, DOUGLAS R. MARVIN, AND ANA C. REYES**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, Lee M. Thomas, and Lamberto Andreotti in the above matter: David E. Kendall, Esq., Douglas R. Marvin, Esq., and Ana C. Reyes, Esq., of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005. Payment in the amount of $75.00 has been submitted to the Clerk's office upon the filing of this motion.

Of Counsel:

David E. Kendall
Douglas R. Marvin
Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
dkendall@wc.com
dmarvin@wc.com
areyes@wc.com

*Attorneys for Defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, Lee M. Thomas, and Lamberto Andreotti*

Dated: April 19, 2013

/s/ [signature]

Kevin G. Abrams (#2375)
Steven C. Hough (#5834)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
abrams@abramsbayliss.com
hough@abramsbayliss.com

*Attorneys for Defendants Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, Lee M. Thomas, Lamberto Andreotti, William K. Reilly, Samuel W. Bodman, and John T. Dillon*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, David E. Kendall, certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, the Bar of the State of New York, and the Bar of the State of Maryland; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

David E. Kendall
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
dkendall@wc.com

Dated: April 10, 2013

{A&B-00244888-}

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Douglas R. Marvin, certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and the Bar of the State of Virginia; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
dmarvin@wc.com

Dated: April 18, 2013

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Ana C. Reyes, certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, the Bar of the State of New York, and the Bar of the State of Kentucky; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
areyes@wc.com

Dated: April 18, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of April, 2013, that the Current Outside Director Defendants' Motion for Admission *Pro Hac Vice* of David E. Kendall, Douglas R. Marvin, and Ana C. Reyes is granted.

_____
United States District Judge