## VERIFICATION OF ROBERT ZOMOLOSKY

COMMONWEALTH OF PENNSYLVANIA   )
                              ) s.s.:
COUNTY OF BERKS                )

I, Robert Zomolosky, hereby verify that:

1. Have reviewed the Verified Second Amended Derivative Complaint ("Complaint") prepared on behalf of DuPont Corporation ("DuPont"), nominal defendant, and I authorize its filing.

2. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true.

3. I further declare that I am a current holder of DuPont common stock and have held the stock continuously during periods relevant to the allegations in the Complaint.

Dated: May 30, 2013

_____
ROBERT ZOMOLOSKY