## CERTIFICATE OF SERVICE

I, Blake A. Bennett, Esquire, caused on the 31st day of May, 2013 a copy of *Verified Second Amended Complaint* to be served on the below-listed counsel via the manner indicated:

| | |
|---|---|
| Via Electronic Mail and CM-ECF<br>Kevin G. Abrams, Esquire<br>Abrams & Bayliss LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>abrams@abramsbayliss.com | Via CM-ECF<br>Lewis H. Lazarus, Esquire<br>Corinne Elise Amato, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2036 |
| Via CM-ECF<br>Edward P. Welch, Esquire<br>Edward Bennett Micheletti, Esquire<br>Skadden Arps Slate Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | Via CM-ECF<br>Jennifer Catherine Wasson, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
Gregory F. Fischer (#5269)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-984-3800
Facsimile: 302-984-3939
bbennett@coochtaylor.com
gfischer@coochtaylor.com

*Counsel for Plaintiff Robert Zomolosky*

DATED: May 31, 2013