IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT ZOMOLOSKY, derivatively on     )
behalf of E.I. DU PONT DE NEMOURS AND )
COMPANY,                              )
                                      )
                    Plaintiff,        )   Civil Action No. 13-94 (SLR)
                                      )
         - against -                  )
                                      )
ELLEN KULLMAN, LOIS D. JULIBER,       )
CURTIS J. CRAWFORD, RICHARD H.        )
BROWN, MARILLYN A. HEWSON,            )
ROBERT A. BROWN, BERTRAND P.          )
COLLOMB, ALEXANDER M. CUTLER,         )
WILLIAM K. REILLY, SAMUEL W.          )
BODMAN, and JOHN T. DILLON,           )
                    Defendants,       )
                                      )
         and                          )
                                      )
E.I. DU PONT DE NEMOURS AND           )
COMPANY,                              )
                                      )
                    Nominal Defendant. )
                                      )
                                      )
                                      )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DEFENDANTS' AND NOMINAL DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 23.1 AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Nominal Defendant E.I. du Pont de Nemours and Company ("DuPont") and Defendants Ellen Kullman, Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, William K. Reilly, Samuel W. Bodman, and John T. Dillon (the "Individual Defendants") hereby move this Court for an order dismissing Plaintiff's Verified Second Amended Derivative Complaint (D.I. 28) in its entirety and with prejudice because, as set forth more fully in the concurrently filed memorandum of law,

1

Plaintiff did not make a demand on DuPont's board of directors before filing suit and did not plead particularized facts excusing demand as futile under Rule 23.1(b)(3).

The Individual Defendants hereby move this Court for an order dismissing the Verified Second Amended Derivative Complaint (D.I. 28) under Rule 12(b)(6) in its entirety and with prejudice because, as set forth more fully in the concurrently filed memorandum of law, Plaintiff has failed to state a claim upon which relief can be granted. DuPont does not join the Individual Defendants' motion to dismiss under Rule 12(b)(6).

DATED: June 28, 2013

Respectfully submitted,

**ABRAMS & BAYLISS LLP**
*/s/ Kevin G. Abrams*  (ID No. 2375)
Steven C. Hough (ID No. 5834)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: (302) 778-1000
abrams@abramsbayliss.com

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb, Cutler, Reilly, Bodman & Dillon*

**WILLIAMS & CONNOLLY LLP**
David E. Kendall
Douglas R. Marvin
Ana C. Reyes

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb & Cutler*

**O'MELVENY & MYERS LLP**
Charles Bachman
Edward N. Moss

*Attorneys for Defendants Reilly, Bodman & Dillon*

**POTTER ANDERSON & CORROON LLP**
*/s/ Michael A. Pittenger*  (ID No. 3212)
Donald J. Wolfe, Jr. (ID No. 285)
Jennifer C. Wasson (ID No. 4933)
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Phone: (302) 984-6136
mpittenger@potteranderson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Thomas J. Nolan
Lance E. Etcheverry
Edward P. Welch (ID No. 671)

*Attorneys for Nominal Defendant*

**MORRIS JAMES**
*/s/ Corinne Elise Amato* (ID No. 4982)
Lewis H. Lazarus (ID No. 2374)
Joseph R. Slights, III (ID No. 2559)
Thomas E. Hanson, Jr. (ID No. 4102)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Phone: (302) 888-6970
CAmato@morrisjames.com

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler

*Attorneys for Defendant Kullman*

1112593