# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT ZOMOLOSKY, derivatively on      )
behalf of E.I. DU PONT DE NEMOURS AND  )
COMPANY,                               )
                                       )
                    Plaintiff,         )   Civil Action No. 13-94 (SLR)
                                       )
            - against -                )
                                       )
ELLEN KULLMAN, LOIS D. JULIBER,        )
CURTIS J. CRAWFORD, RICHARD H.         )
BROWN, MARILLYN A. HEWSON,             )
ROBERT A. BROWN, BERTRAND P.           )
COLLOMB, ALEXANDER M. CUTLER,          )
WILLIAM K. REILLY, SAMUEL W.           )
BODMAN, and JOHN T. DILLON,            )
                                       )
                    Defendants,        )
                                       )
            and                        )
                                       )
E.I. DU PONT DE NEMOURS AND            )
COMPANY,                               )
                                       )
                    Nominal Defendant. )
                                       )
                                       )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **ORDER**

The Court having considered Defendants' and Nominal Defendant's Motion to Dismiss Pursuant to Rule 23.1 and Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED THIS _____ day of _____, 2013 that the motion

is GRANTED, and the Verified Second Amended Derivative Complaint is DISMISSED IN ITS ENTIRETY AND WITH PREJUDICE.

IT IS SO ORDERED.

_____
Honorable Sue L. Robinson
United States District Judge