# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT ZOMOLOSKY, derivatively on      )
behalf of E.I. DU PONT DE NEMOURS AND  )
COMPANY,                               )
                                       )
                  Plaintiff,           )   Civil Action No. 13-94 (SLR)
                                       )
         - against -                   )
                                       )
ELLEN KULLMAN, LOIS D. JULIBER,        )
CURTIS J. CRAWFORD, RICHARD H.         )
BROWN, MARILLYN A. HEWSON,             )
ROBERT A. BROWN, BERTRAND P.           )
COLLOMB, ALEXANDER M. CUTLER,          )
WILLIAM K. REILLY, SAMUEL W.           )
BODMAN, and JOHN T. DILLON,            )
                                       )
                  Defendants,          )
                                       )
         and                           )
                                       )
E.I. DU PONT DE NEMOURS AND            )
COMPANY,                               )
                                       )
                  Nominal Defendant.   )
                                       )
                                       )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEFENDANTS' AND NOMINAL DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' AND NOMINAL DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 23.1 AND DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

*Counsel listed on following page.*

DATED: June 28, 2013

Kevin G. Abrams (ID No. 2375)
Steven C. Hough (ID No. 5834)
**ABRAMS & BAYLISS LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: (302) 778-1000

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb, Cutler, Reilly, Bodman & Dillon*

David E. Kendall
Douglas R. Marvin
Ana C. Reyes
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb & Cutler*

Charles Bachman
Edward N. Moss
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 326-2000

*Attorneys for Defendants Reilly, Bodman & Dillon*

Michael A. Pittenger (ID No. 3212)
Donald J. Wolfe, Jr. (ID No. 285)
Jennifer C. Wasson (ID No. 4933)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
Phone: (302) 984-6136

Thomas J. Nolan
Lance E. Etcheverry
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Ave, Suite 3400
Los Angeles, CA 90071
Phone: (213) 687-5000

Edward P. Welch (ID No. 671)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-3000

*Attorneys for Nominal Defendant*

Lewis H. Lazarus (ID No. 2374)
Joseph R. Slights, III (I.D. No. 2559)
Thomas E. Hanson, Jr. (I.D. No. 4102)
Corinne Elise Amato (I.D. No. 4982)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Phone: (302) 888-6970

Evan R. Chesler
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Phone: (212) 474-1000

*Attorneys for Defendant Kullman*

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Nominal Defendant E.I. du Pont de Nemours and Company ("DuPont") and Defendants Ellen Kullman, Lois D. Juliber, Curtis J. Crawford, Richard H. Brown, Marillyn A. Hewson, Robert A. Brown, Bertrand P. Collomb, Alexander M. Cutler, William K. Reilly, Samuel W. Bodman, and John T. Dillon respectfully request the Court to take judicial notice of the following when considering the concurrently filed Defendants' and Nominal Defendant's Motion to Dismiss Pursuant to Rule 23.1 and Defendants' Motion To Dismiss Pursuant to Rule 12(b)(6) (the "Motion"):

1.  DuPont's Form 8-K filed with the United States Securities and Exchange Commission ("SEC") dated March 25, 2013, a true and correct copy of which is attached to the concurrently filed Declaration of Thomas J. Nolan (the "Nolan Declaration") as Exhibit A;

2.  DuPont's Restated Certificate of Incorporation dated February 7, 2013, a true and correct copy of which is attached to the Nolan Declaration as Exhibit B;

3.  The January 31, 2013 letter from Benny C. Goodman III of Robbins Geller Rudman & Dowd LLP to the Board of Directors of DuPont (the "Board"), in regards to "Request to Inspect Books and Records Pursuant to §220 of the Delaware Code," a true and correct copy of which is attached to the Nolan Declaration as Exhibit C;

4.  The December 21, 2012 letter from Ariana J. Tadler of Milberg LLP to the Board, in regards to "Demand For Action Pursuant to Del. Ch. Ct. R. 23.1," a true and correct copy of which is attached to the Nolan Declaration as Exhibit D; and

5.  The April 2, 2013 letter from Gregory E. Del Gaizo of Robbins Arroyo LLP to the Board, in regards to "E.I. du Pont de Nemours and Company Shareholder Litigation Demand," a true and correct copy of which is attached to the Nolan Declaration as Exhibit E.

## THE COURT MAY PROPERLY TAKE JUDICIAL NOTICE OF THE EXHIBITS TO THE NOLAN DECLARATION

In ruling on a motion to dismiss, the Court "must consider the complaint in its entirety, as well as other sources courts ordinarily examine . . . in particular . . . matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). In ruling on the concurrently filed Motion, the Court should take judicial notice of each exhibit to the Nolan Declaration.

### The Court May Properly Take Judicial Notice Of DuPont's Form 8-K Dated March 25, 2013

"This Court is free to take judicial notice of certain facts that are of public record if they are provided to the Court by the party seeking to have them considered. SEC filings fall within this category of public records that can be judicially noticed." *In re Delmarva Sec. Litig.*, 794 F. Supp. 1293, 1299 (D. Del. 1992); *accord In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002). DuPont's Form 8-K dated March 25, 2013 is a public record filed with the SEC that DuPont has provided to the Court as Exhibit A to the Nolan Declaration. Thus, the Court may take judicial notice of DuPont's Form 8-K. *Delmarva*, 794 F. Supp. at 1299.

### The Court May Properly Take Judicial Notice Of DuPont's Restated Certificate Of Incorporation

Delaware courts routinely take judicial notice of a nominal defendant's certificate of incorporation when a motion to dismiss under Rule 23.1 references the certificate's exculpatory provision permitted by Del. Code Ann. tit. 8, § 102(b)(7). *See, e.g.*, *In re Baxter Int'l, Inc.*

2

*S'holders Litig.*, 654 A.2d 1268, 1270 (Del. Ch. 1995) ("Defendants argue that there is not a substantial likelihood of liability because the certificate of incorporation exempts directors from liability for the conduct alleged in the complaint. The court may take judicial notice of the certificate in deciding a motion to dismiss."). Federal courts have followed *Baxter* when applying Federal Rule of Evidence 201 in ruling on a motion to dismiss. *See, e.g.*, *Amalgamated Bank v. Yost*, 2005 WL 226117, at *5 (E.D. Pa. Jan. 31, 2005). "Additionally, a certificate of incorporation's 'accuracy cannot be questioned' because it [is] a public document filed with the Secretary of State." *Id.* This Court may therefore take judicial notice of DuPont's Restated Certificate of Incorporation, a copy of which is attached to the Nolan Declaration as Exhibit B.

**The Court May Properly Take Judicial Notice Of The Existence Of Other Shareholders' Demands**

Courts may take judicial notice of the existence of a document (although not the facts asserted in such a document), even when the document is not otherwise a public record. *See, e.g.*, *Selkridge v. United of Omaha Life Ins. Co.*, 360 F.3d 155, 162 n.5 (3d Cir. 2004) (taking judicial notice of the existence of a letter to the editor); *Richards v. Cable News Network, Inc.*, 15 F. Supp. 2d 683, 691 (E.D. Pa. 1998) (taking judicial notice of certain internet search results); *Malobabich v. Norfolk S. Corp.*, 2011 WL 1791306, at *1 (W.D. Pa. May 10, 2011) (taking judicial notice of the existence of a collective bargaining agreement). Thus, the Court may take judicial notice of the existence of two shareholder demands received by DuPont from shareholders other than Plaintiff, as well as a books and records request received by DuPont, which are attached as Exhibits C-E to the Nolan Declaration.

3

**CONCLUSION**

For the reasons stated above, the Defendants and the Nominal Defendant respectfully request that the Court take judicial notice of each exhibit attached to the Nolan Declaration, filed concurrently herewith.

DATED:  June 28, 2013

Respectfully submitted,

**ABRAMS & BAYLISS LLP**
*/s/ Kevin G. Abrams*  (ID No. 2375)
Steven C. Hough (ID No. 5834)
20 Montchanin Road, Suite 200
Wilmington, DE  19807
Phone: (302) 778-1000
abrams@abramsbayliss.com

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb, Cutler, Reilly, Bodman & Dillon*

**WILLIAMS & CONNOLLY LLP**
David E. Kendall
Douglas R. Marvin
Ana C. Reyes

*Attorneys for Defendants Juliber, Crawford, R.H. Brown, Hewson, R.A. Brown, Collomb & Cutler*

**O'MELVENY & MYERS LLP**
Charles Bachman
Edward N. Moss

*Attorneys for Defendants Reilly, Bodman & Dillon*

**POTTER ANDERSON & CORROON LLP**
*/s/ Michael A. Pittenger*  (ID No. 3212)
Donald J. Wolfe, Jr. (ID No. 285)
Jennifer C. Wasson (ID No. 4933)
1313 North Market Street, 6th Floor
Wilmington, DE  19801
Phone: (302) 984-6136
mpittenger@potteranderson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Thomas J. Nolan
Lance E. Etcheverry
Edward P. Welch (ID No. 671)

*Attorneys for Nominal Defendant*

**MORRIS JAMES**
*/s/ Corinne Elise Amato*  (ID No. 4982)
Lewis H. Lazarus (ID No. 2374)
Joseph R. Slights, III (ID No. 2559)
Thomas E. Hanson, Jr. (ID No. 4102)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
Phone: (302) 888-6970
CAmato@morrisjames.com

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler

*Attorneys for Defendant Kullman*

1112601

4