IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> - against - <br><br> ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, WILLIAM K. REILLY, SAMUEL W. BODMAN, and JOHN T. DILLON, <br><br> Defendants, <br><br> and <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Nominal Defendant. | Civil Action No. 13-94 (SLR) |

**DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF DEFENDANTS' AND NOMINAL DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

I, Thomas J. Nolan, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for nominal defendant E.I. du Pont de Nemours and Company. I submit this declaration in support of Defendants' and Nominal Defendant's Request for Judicial Notice in Support of Defendants' and Nominal Defendant's Motion to Dismiss Pursuant to Rule 23.1 and Defendants'

1

Motion to Dismiss Pursuant to Rule 12(b)(6). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of DuPont's Form 8-K filed with the United States Securities and Exchange Commission dated March 25, 2013;

3. Attached hereto as Exhibit B is a true and correct copy of DuPont's Restated Certificate of Incorporation dated February 7, 2013;

4. Attached hereto as Exhibit C is a true and correct copy of that certain January 31, 2013 letter from Benny C. Goodman III of Robbins Geller Rudman & Dowd LLP to the Board of Directors of E.I. du Pont de Nemours and Company (the "Board"), in regards to "Request to Inspect Books and Records Pursuant to §220 of the Delaware Code";

5. Attached hereto as Exhibit D is a true and correct copy of that certain December 21, 2012 letter from Ariana J. Tadler of Milberg LLP to the Board, in regards to "Demand For Action Pursuant to Del. Ch. Ct. R. 23.1"; and

6. Attached hereto as Exhibit E is a true and correct copy of that certain April 2, 2013 letter from Gregory E. Del Gaizo of Robbins Arroyo LLP to the Board, in regards to "E.I. du Pont de Nemours and Company Shareholder Litigation Demand."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2013

                                                */s/ Thomas J. Nolan*
                                                Thomas J. Nolan