# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E. I DU PONT DE NEMOURS AND COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, WILLIAM K. REILLY, SAMUEL W. BODMAN AND JOHN T. DILLON,<br><br>    Defendants.<br><br>    and<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>    Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 13-cv-00094-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF BLAKE A. BENNETT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'AND NOMINAL DEFENDANT'S MOTION TO DISMISS THE <u>VERIFIED SECOND AMENDED DERIVATIVE COMPLAINT</u>

BLAKE A. BENETT, affirms under penalty of perjury, that:

    1.    I am an associate at the law firm Cooch and Taylor, P.A., counsel to Plaintiff Robert Zomolosky, am a member of good standing of the Bar of Delaware, and am duly admitted to practice before this Court. I respectfully submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Verified Second Amended Derivative Complaint.

    2.    Annexed hereto as Exhibit A is a true and correct copy of pages 6 and 46 of DuPont's Form 10-K filed with the Securities and Exchange Commission on February 7, 2013.

3. Annexed hereto as Exhibit B is a true and correct copy of page 9 of Monsanto's Form 10-K filed with the Securities and Exchange Commission on October 19, 2012.

4. Annexed hereto as Exhibit C is a true and correct copy of pages 56 and F-21 of DuPont's Form 10-K filed with the Securities and Exchange Commission on February 19, 2008.

5. Annexed hereto as Exhibit D is a true and correct copy of an Order issued in *S. Freedman & Co. Inc. v. Raab*, No. 1:04-cv-01119-RBK-JBR (D.N.J. Dec. 10, 2004) (Dkt. #15).

6. Annexed hereto as Exhibit E is a true and correct copy of the First Amended Complaint filed in the action entitled *E. I. DuPont de Nemours & Co. v. Heraeus Precious Metals N. Am. Conshohocken, LLC*, No. 1:11-cv-00773-SLR-CJB (D. Del. Mar. 1, 2013) (Dkt. # 59-1).

7. Annexed hereto as Exhibit F is a true and correct copy of the Defendants' Answer and Counter Claims filed in the action entitled *Monsanto Co. v. E.I. DuPont de Nemours & Co.*, No. 4:09-cv-00686 (E.D. Mo. June 16, 2009).

Dated: July 31, 2013

                                                    */s/ Blake A. Bennett*
                                                      Blake A. Bennett (#5133)