IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT ZOMOLOSKY, derivatively on behalf of E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-94-SLR |
| ELLEN KULLMAN, LOIS D. JULIBER, CURTIS J. CRAWFORD, RICHARD H. BROWN, MARILLYN A. HEWSON, ROBERT A. BROWN, BERTRAND P. COLLOMB, ALEXANDER M. CUTLER, WILLIAM K. REILLY, SAMUEL W. BODMAN, and JOHN T. DILLON. | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and, | ) ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY | ) ) ) | |
| Nominal Defendant. | ) ) | |

**ORDER**

At Wilmington this day of September, 2014, consistent with the memorandum

opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 29) is granted.

_____

United States District Judge